# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-0258V
UNPUBLISHED

| | |
|---|---|
| DIVYA PODURI, Natural Parent and Guardian of Y.T., a Minor,<br><br>        Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>        Respondent. | Chief Special Master Corcoran<br><br>Filed: August 11, 2020<br><br>Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Rotavirus Vaccine;<br>Intussusception |

*Bridget Candace McCullough, Muller Brazil, LLP, Dresher, PA,* for petitioner.

*Sarah Black Rifkin, U.S. Department of Justice, Washington, DC,* for respondent.

### **RULING ON ENTITLEMENT**[1]

  On March 6, 2020, Divya Poduri, natural parent and guardian of Y.T., a minor, filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that Y.T. suffered an intussusception resulting from the rotavirus vaccination received on November 21, 2017. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

  On August 7, 2020, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent agrees that "petitioner has satisfied the criteria set forth in the

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Case 1:20-vv-00258-UNJ   Document 22   Filed 09/14/20   Page 2 of 2

2

Vaccine Injury Table ("Table") and the Qualifications and Aids to Interpretation ("QAI"), which afford petitioner a presumption of causation if the onset of intussusception occurs between one and twenty-one days after a rotavirus vaccination and there is no other apparent alternative cause." *Id.* at 5. Respondent therefore "recommends that compensation be awarded." *Id.* at 1.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<span style="text-align:center"></span>                                   <u>**s/Brian H. Corcoran**</u>
                                   Brian H. Corcoran
                                   Chief Special Master

2